IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NAOMI S., )
)
          Plaintiff, )
)
v. ) 1:23CV184
)
MARTIN J. O'MALLEY, )
Commissioner of Social Security, )
)
          Defendant. )

## JUDGMENT

For the reasons set out in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision finding of no disability is REVERSED, and that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g). To this extent, it is further ORDERED that Defendant's Dispositive Brief [Doc. #16] is DENIED, and Plaintiff's Dispositive Brief [Doc. #12] is GRANTED to the extent set forth herein.

This, the 30th day of September, 2024.

                                                                         Joi Elizabeth Peake
                                                                United States Magistrate Judge